# Exhibit D

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FRENKEL LAMBERT WEISS WEISMAN &<br>GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>(973) 325-8800<br>Sean O'Brien, Esq.<br>Attorney for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates, Series 2006-CH2, Secured Creditor | |
| In Re:<br>Doreen M. Guss aka Doreen Solitro aka Doreen Ballard aka Doreen Tole,<br><br>　　　　　　　　　　　Debtor | Case No.: 17-11483-ABA<br><br>Chapter: 7<br><br>Hearing Date:<br><br>Judge: Andrew B. Altenburg, Jr. |

## CERTIFICATION RE CALCULATION OF AMOUNTS DUE
## (NOTE AND MORTGAGE DATED MAY 19, 2006)

__Heather Perkins-Canas__ of full age, employed as __Document Control Officer__ by Select Portfolio Servicing, Inc., hereby certifies the following information:

Recorded on June 9, 2006, in Burlington County, in Book 10952 at Page 932

Property Address: 2 Ferguson Ct, Marlton, NJ 08053

Mortgage Holder: U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates, Series 2006-CH2

### I. PAYOFF STATEMENT

| | |
|---|---|
| Unpaid Principal Balance: | $623,131.53 |
| Accrued Interest from 04/01/2013 To 03/06/2017 : | $45,251.67 |
| (interest rate = N/A % per year; $N/A per day N/A days) | |
| Unearned interest from N/A to N/A: | $0.00 |
| Per Diem Interest from N/A to N/A | $0.00 |
| Late Charges from N/A to N/A ($ /mo. x N/A mos.): | $362.80 |
| Attorney's fees and costs as of 03/06/2017 : | $0.00 |
| Advances through 03/06/2017 for: | |
| 　　Real Estate Taxes | $74,096.93 |

|  |  |
|---|---|
| Insurances premiums: | $0.00 |
| Other: | $0.00 |
| *Sub-Total of Advances* | **$74,096.93** |
| Less Escrow Monies: | $0.00 |
| *Net Advances:* | **$74,096.93** |
| Interest on advances from N/A to N/A | $0.00 |
| Other charges (specify: Recoverable Balance) | $4,240.05 |
| Less unearned interest: | $0.00 |
| **TOTAL DUE AS OF 03/06/2017** | **$747,082.98** |

Date of last payment: 04/01/2013

## II. EQUITY ANALYSIS (When appropriate)

| | |
|---|---|
| Estimated fair market value of real estate as of 01/25/2017 | $400,000.00* |

*Source: Schedule A (e.g. appraisal, tax bill/assessment, contract of sale, debtor's schedules, etc.)

Liens on the real estate:

| | |
|---|---|
| 1. Real estate taxes as of N/A | $0.00 |
| 2. First Mortgage (principal and interest), as of 03/06/2017: | $668,383.20 |
| 3. Second Mortgage (principal and interest), as of N/A | $0.00 |
| 4. Other (specify on separate exhibit) : | $0.00 |
| **TOTAL LIENS :** | **$668,383.20** |
| **APPARENT EQUITY AS OF 03/06/2017:** | **$0.00**** |

** If negative, insert zero (0).

I certify under penalty of perjury that the foregoing is true and correct.

04/18/2017
(Date of Signature)

*[Signature]* 04/18/2017
Signature
Heather Perkins-Canas
Document Control Officer
Select Portfolio Servicing